**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

PEDRO GREGORIO SANTIAGO-PEREZ

Case No.: 1:26-cv-00918-SMH-JPM

v.

**JUDGE S MAURICE HICKS, JR**

**MAGISTRATE JUDGE PEREZ-MONTES**

BRIAN ACUNA ET AL

## ORDER

**IT IS ORDERED THAT** the petition for habeas corpus is hereby dismissed in the above described action.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of May, 2026.

S.MAURICE HICKS, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT